# PROSKAUER ROSE LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP
Lawrence R. Sandak, Managing Resident Partner

One Newark Center
Newark, NJ 07102-5211
Telephone 973.274.3200
or 212.736.8185
Fax 973.274.3299

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEW YORK
PARIS
SÃO PAULO
WASHINGTON

Jody S. Riger
Attorney at Law

Direct Dial 973.274.6039
jriger@proskauer.com

## ORDER ON ORAL MOTION

March 4, 2011

**_Via First Class U.S. Mail (and to the Court via facsimile (973-645-3841) on March 7, 2011)_**

The Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**SO ORDERED**

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.M.J.

Re:  *Frazier v. Bed Bath & Beyond, et al.*
     Civil Action No. 2:10-cv-5398

Date: March 7, 2011

Dear Judge Cecchi:

Pursuant to my telephone conversation with Melissa in Your Honor's chambers, I am writing on behalf of both counsel to jointly request an adjournment of the initial scheduling conference of March 9, 2011. Plaintiff's counsel has informed me that he has a trial that day, and I have a conflict in the afternoon as well. We are available on March 11, but Melissa informed me that Your Honor is not. Plaintiff's counsel has also informed me that he will be on trial for the rest of March and is therefore unavailable. Counsel is available on April 11, 12, and 13 if that is convenient for the Court.

In addition, pursuant to Your Honor's individual rules, enclosed is the proposed Joint Discovery Plan in the above-referenced matter, which was e-filed today.

We thank the Court for its attention to this matter.

The in-person initial scheduling conference scheduled for March 9, 2011 is hereby adjourned to May 2, 2011 at 12:00 p.m.

Respectfully submitted,

Jody S. Riger

Enclosure
c:   David Zatuchni, Esq. *(w/ enclosure)*

5586/12722-075 Current/22405088v1